```
ALEXANDER B. CVITAN (CSB 81746),                                JS-6
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (CSB 102720), and
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (CSB 225399), Members of
E-mail: peterh@rac-law.com
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>H.J. HUNSAKER CONSTRUCTION, INC., a California corporation also known as and doing business as H H CONSTRUCTION,<br><br>    Defendant. | CASE NO. CV 11-4086 PA (SSx)<br><br>ORDER RE DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |

   Pursuant to the Stipulation re Dismissal of Entire Action without Prejudice by and between Plaintiff and Defendant and good cause appearing therefor,

   IT IS HEREBY ORDERED THAT this action is dismissed in its entirety without prejudice with each party shall bear its own costs and attorneys fees.

DATED: March 15, 2012    _____
                          PERCY ANDERSON, JUDGE OF THE
                          UNITED STATES DISTRICT COURT FOR THE
                          CENTRAL DISTRICT OF CALIFORNIA