1 | ALEXANDER B. CVITAN (CSB 81746),                    JS-6
   | E-mail: alc@rac-law.com
2 | MARSHA M. HAMASAKI (CSB 102720), and
   | E-mail: marshah@rac-law.com;
3 | PETER A. HUTCHINSON (CSB 225399), Members of
   | E-mail: peterh@rac-law.com
4 | REICH, ADELL & CVITAN
   | A Professional Law Corporation
5 | 3550 Wilshire Blvd., Suite 2000
   | Los Angeles, California 90010-2421
6 | Telephone: (213) 386-3860; Facsimile: (213) 386-5583

7 | Attorneys for Plaintiff

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 | CONSTRUCTION LABORERS TRUST          ]  CASE NO. CV 11-4086 PA (SSx)
    | FUNDS FOR SOUTHERN CALIFORNIA       ]
11 | ADMINISTRATIVE COMPANY, a Delaware  ]  ORDER RE DISMISSAL OF ENTIRE
    | limited liability company,          ]  ACTION WITHOUT PREJUDICE
12 |                                      ]
    |                 Plaintiff,          ]
13 |                                      ]
    |         v.                          ]
14 |                                      ]
    |                                      ]
15 | H.J. HUNSAKER CONSTRUCTION, INC.,    ]
    | a California corporation also known ]
16 | as and doing business as H H        ]
    | CONSTRUCTION,                        ]
17 |                                      ]
    |                 Defendant.          ]
18 | _____ ]

19 |     Pursuant to the Stipulation re Dismissal of Entire Action

20 | without Prejudice by and between Plaintiff and Defendant and good

21 | cause appearing therefor,

22 |     IT IS HEREBY ORDERED THAT this action is dismissed in its

23 | entirety without prejudice with each party shall bear its own

24 | costs and attorneys fees.

25 | DATED: March 15, 2012
    |                         _____
26 |                         PERCY ANDERSON, JUDGE OF THE
    |                         UNITED STATES DISTRICT COURT FOR THE
27 |                         CENTRAL DISTRICT OF CALIFORNIA

28 |

#198477 v1 - PROPOSED ORDER RE DISMISSAL ENTIRE ACTION W O PREJUDICE.wpd