JS - 6

ALEXANDER B. CVITAN (CSB 81746),
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (CSB 102720), and
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (CSB 225399), Members of
E-mail: peterh@rac-law.com
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>H.J. HUNSAKER CONSTRUCTION, INC., a California corporation also known as and doing business as H H CONSTRUCTION,<br><br>　　　　　Defendant. | CASE NO. CV 11-4086 PA (SSx)<br><br>ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Pursuant to the Stipulation re Dismissal of Entire Action With Prejudice by and between Plaintiff and Defendant and good cause appearing therefor,

IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice with each party shall bear its own costs and attorneys fees.

DATED: 4/11/12

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PERCY ANDERSON, JUDGE OF THE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT FOR THE
　　　　　　　　　　　　　　　　　CENTRAL DISTRICT OF CALIFORNIA